UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KENNETH RACKEMANN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-01441-SEB-CSW ) |
| ANGELA REYNOLDS LPN, QUINTA NTEMGWA RN, SUSANNA CONLIN NP, TRENT ALLEN, LISA HAMBLEN, CENTURION HEALTH OF INDIANA, LLC, HALEY COX RN, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Now before the Court is Defendant Trent Allen's *Motion for Extension of Time to Comply with Court Order at [ECF 77].* (Dkt. 83). The Court, having considered said *Motion* and being duly advised in the premises, now finds that such *Motion* should be, and hereby is, **GRANTED.**

**IT IS THEREFORE ORDERED** that Defendant shall have up to and until **February 10, 2026**, in which to respond to the Court's Order at Dkt. 77.

**SO ORDERED.**

Date: January 29, 2026

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution:

KENNETH RACKEMANN
132668
WESTVILLE - CF
WESTVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

Carlton Wayne Anker
Lewis and Wilkins LLP
anker@lewisandwilkins.com

David Douglas Becsey
ZEIGLER COHEN & KOCH
dbecsey@zcklaw.com

James Bolen
Lewis and Wilkins
bolen@lewisandwilkins.com

Roger K. Kanne
ZEIGLER COHEN & KOCH
rkanne@zcklaw.com

Eric Ryan Shouse
Lewis And Wilkins LLP
shouse@lewisandwilkins.com